B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Western District of Washington | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Realvest Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**91-0887218** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1111 Main Street, Suite 700**<br>**Vancouver, WA**<br>ZIP Code **98660** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Realvest Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
  Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Realvest Corporation** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Steven M. Hedberg**
Signature of Attorney for Debtor(s)

**Steven M. Hedberg**
Printed Name of Attorney for Debtor(s)

**Perkins Coie LLP**
Firm Name

**1120 NW Couch, 10th Floor**
**Portland, OR 97209**

Address

**503-727-2000  Fax: 503-727-2222**
Telephone Number

**January 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David N. Fuhrer**
Signature of Authorized Individual

**David N. Fuhrer**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**January 27, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Jan-27-2010 11:08 AM 2/4 To:5618823000 P.2/4
JAN-27-2010 09:06 From:

# ACTION BY UNANIMOUS WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS

## OF

## REALVEST CORPORATION

The undersigned, constituting all of the Board of Directors of Realvest Corporation, a Washington corporation (the "Company"), hereby adopt the following resolutions by written consent as if such actions had been taken at a meeting of the Board of Directors duly called and held:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that the Company be authorized to commence a Chapter 11 case by filing a voluntary petition for relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that each of the President and Chief Financial Officer (each, an "Authorized Officer" and, collectively, the "Authorized Officers") is hereby authorized and empowered on behalf of, and in the name of, the Company, acting singly or jointly, to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Washington (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine; and

RESOLVED, that each of the Authorized Officers, and such other officers of the Company as any Authorized Officer shall from time to time designate, hereby is authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any Authorized Officer may deem necessary, proper, or desirable in connection with the Company's Chapter 11 case, with a view to successful prosecution of the case; and

RESOLVED, that each of the Authorized Officers, and such other officers of the Company as any Authorized Officer shall from time to time designate, be authorized and empowered on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable; and

RESOLVED, that each of the Authorized Officers, and such other officers of the Company as any Authorized Officer shall from time to time designate, and any employees of agents (including counsel) designated by or directed by any such officers, be

16243-001 S/LEGAL17530457.1

authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates, and other documents, and to take such other actions, as in the judgment of such officer shall be or become necessary, proper, and desirable to prosecute to a successful completion the Chapter 11 case, to effectuate the restructuring of the debt, other obligations, organizational form and structure, and ownership of the Company consistent with the foregoing resolutions and the transactions contemplated by these resolutions their authority thereunto to be evidenced by the taking of such actions;

RESOLVED, that any and all past actions heretofore taken by officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be ratified, approved, and adopted;

FURTHER RESOLVED, that the Authorized Officers are authorized and directed to employ the law firm of Perkins Coie LLP as general bankruptcy counsel to the Company in connection with such proceedings, the Authorized Officers are authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Company's Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Perkins Coie LLP;

16243 0015/LEGAL17330457.1

The actions taken herein shall be effective upon the date specified below when this Action by Unanimous Written Consent has been signed by the members of the Board of Directors of the Company sufficient to approve the foregoing actions and resolutions if a duly called meeting of the members of the Board of Directors of the Company had been held. The members of the Board of Directors of the Company have executed this Action by Unanimous Written Consent to record the actions so taken without a formal meeting and for the purpose of waiving any requirements of notice of a formal meeting. This Action by Unanimous Written Consent may be signed in counterparts (including facsimile and/or PDF copies), each of which shall be deemed an original and when taken together shall constitute one and the same instrument.

Effective this 26th day of January, 2010.

_____
Gregory W. Daniels, Director

_____
Paul E. Christensen, Director

_____
David A. Horowitz, Director

16243-0015/LEGAL17530457.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re  Realvest Corporation

Debtor(s)

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| B&B Heating & Air Conditioning<br>Entek Corporation<br>1021 Columbia Blvd<br>Longview, WA 98632 | B&B Heating & Air Conditioning<br>Entek Corporation<br>1021 Columbia Blvd<br>Longview, WA 98632<br>(360)423-3010 | Trade vendor | | 665.70 |
| Clark Public Utilities<br>PO Box 8989<br>Vancouver, WA 98668 | Clark Public Utilities<br>PO Box 8989<br>Vancouver, WA 98668<br>(360)992-3000 | Utilities | | 2,686.51 |
| Columbia River Economic Dev<br>805 Broadway<br>Suite 412<br>Vancouver, WA 98660-3310 | Columbia River Economic Dev<br>805 Broadway<br>Suite 412<br>Vancouver, WA 98660-3310<br>(360)567-3175 | Trade vendor | | 1,000.00 |
| Deloitte Tax, LLP<br>PO Box 2079<br>Carol Stream, IL 60132-2079 | Roy Hutchison<br>Deloitte Tax, LLP<br>PO Box 2079<br>Carol Stream, IL 60132-2079<br>(503)222-1341 | Professional services | | 89,900.00 |
| Facilities Services Group<br>PO Box 2111<br>Vancouver, WA 98668-2111 | Facilities Services Group<br>PO Box 2111<br>Vancouver, WA 98668-2111<br>(360)696-6686 | Trade vendor | | 1,801.40 |
| First Independent Bank-LOC<br>Loan Service Center<br>P.O. Box 8904<br>Vancouver, WA 98668-8904 | Biff Green and Reid Adamson<br>First Independent Bank-LOC<br>Loan Service Center<br>P.O. Box 8904<br>Vancouver, WA 98668-8904<br>(360)699-4242 | Loan | | 1,945,347.59 |
| Fordham Goodfellow<br>233 SE Second Avenue<br>Hillboro, OR 97123 | Les Fordham Jr.<br>Fordham Goodfellow<br>233 SE Second Avenue<br>Hillboro, OR 97123 | Professional services | | 499.93 |

B4 (Official Form 4) (12/07) - Cont.

In re  Realvest Corporation                                                Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Greene & Markley, P.C. 1515 SW Fifth Avenue Suite 600 Portland, OR 97201 | David Weiner Greene & Markley, P.C. 1515 SW Fifth Avenue Suite 600 Portland, OR 97201 (503)295-2668 | Professional services | | 19,919.30 |
| Harris Berne Christensen LLP Suite 400 5000 S.W. Meadows Road Lake Oswego, OR 97035 | Harris Berne Christensen LLP Suite 400 5000 S.W. Meadows Road Lake Oswego, OR 97035 | Professional services | | 577.50 |
| Invest West Mgmt. 12503 SE Mill Plain Blvd Suite 260 Vancouver, WA 98684 | Invest West Mgmt. 12503 SE Mill Plain Blvd Suite 260 Vancouver, WA 98684 (360)254-5700 | Trade vendor | | 660.00 |
| Kerry Gilbert 205 E. 11th Street Vancouver, WA 98660 | Kerry Gilbert 205 E. 11th Street Vancouver, WA 98660 (360) 905-0115 | Loan | | 2,343.16 |
| Landerholm, Memovich, Lansverk 805 Broadway Street, Ste 1000 PO Box 1086 Vancouver, WA 98666-1086 | Mike Simon Landerholm, Memovich, Lansverk 805 Broadway Street, Ste 1000 PO Box 1086 Vancouver, WA 98666-1086 (360)696-3312 | Professional services | | 1,373.00 |
| Nellor, Retsinas, Crawford 1201 Main Street PO Box 61918 Vancouver, WA 98666 | Nellor, Retsinas, Crawford 1201 Main Street PO Box 61918 Vancouver, WA 98666 (360) 695-8181 | Professional services | | 5,928.00 |
| Newton Consultants 521 SW 6th Street, Suite 100 Redmond, OR 97756 | Randy Jones Newton Consultants 521 SW 6th Street, Suite 100 Redmond, OR 97756 (541)504-9960 | Professional services | | 6,117.25 |
| Premium Finance Services, LLC 784 Wall St. Ste 110 PO Box 1506 O'Fallon, IL 62269 | Premium Finance Services, LLC 784 Wall St. Ste 110 PO Box 1506 O'Fallon, IL 62269 (618)206-3220 | Trade vendor | | 1,303.97 |
| Regents Bank, N.A. 1701 SE Columbia River Dr. Suite 115 Vancouver, WA 98662 | Greg Usselman Regents Bank, N.A. 1701 SE Columbia River Dr. Suite 115 Vancouver, WA 98662 (360)759-3537 | Loan | | 1,008,611.11 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Realvest Corporation**                                         Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Scott W Swindell Attorney at Law, P.C. P O Box 264 Vancouver, WA 98666-0264 | Scott W Swindell Attorney at Law, P.C. P O Box 264 Vancouver, WA 98666-0264 (360) 693-5883 | Professional services | | 605.00 |
| Sterling Savings Bank 805 SW Broadway Suite 2240 Portland, OR 97205 | Gordon Holman Sterling Savings Bank 805 SW Broadway Suite 2240 Portland, OR 97205 (503)525-6060 | Loan | | 4,533,568.68 |
| Stoel Rives LLP Attn Accounts Receivable 900 SW Fifth Ave, Ste 2600 Portland, OR 97204-1268 | Stoel Rives LLP Attn Accounts Receivable 900 SW Fifth Ave, Ste 2600 Portland, OR 97204-1268 (800)305-8453 | Professional services | | 4,600.00 |
| Umpqua Bank P.O. Box 1820 Roseburg, OR 97470 | Mike Lauinger Umpqua Bank P.O. Box 1820 Roseburg, OR 97470 (866)486-7782 | Loan | | 3,010,329.63 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 27, 2010**               Signature   **/s/ David N. Fuhrer**
                                                     **David N. Fuhrer**
                                                     **Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Washington

In re **Realvest Corporation**

Debtor(s)

Case No. _____

Chapter **11**

---

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 27, 2010**

**/s/ David N. Fuhrer**
**David N. Fuhrer/Chief Financial Officer**
Signer/Title