The Honorable Paul B. Snyder
Chapter 11
Location: Vancouver, Second Floor
Hearing Date: February 2, 2010
Hearing Time: 10:30 a.m.
Response Date: at time of hearing

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>REALVEST CORPORATION,<br><br>Debtor. | Case No. 10-40528-PBS |
| SONAS CAPITAL GROUP, LLC,<br><br>Debtor. | Case No. 10-40530-PBS<br><br>**DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS** |

DAVID FUHRER, declares and says:

1. I am the Chief Financial Officer of Realvest Corporation ("Realvest"). I am a member of Sonas Capital Group, LLC ("Sonas" and, together with Realvest, "Debtors"), which is a member managed limited liability company. In those capacities, I am familiar with Debtors' operations, businesses and financial affairs.

2. Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge, my review of relevant documents, information provided to me

1 – DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS

16243-0015/LEGAL17560263.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

by employees working under my supervision, or my opinion based on experience, knowledge, and information concerning Debtors' operations. If called upon to testify, I would testify competently to the facts set forth in this declaration.

3. On January 27, 2010 (the "Petition Date") Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

4. Realvest is a Washington corporation founded in 1969 as Property Management Services, Inc. Realvest changed its name to Realvest Corporation in 1991. Sonas is an Oregon limited liability company founded in 2001. Together with their subsidiaries and partnerships, the Debtors specialize in providing a full range of services to owners of income-producing real property, including asset management, property management, partnership administration and consultation relating to acquisition, development, providing high-yield loans that are secured by real estate, financing and sale of income-producing real estate.

5. Realvest is a general or limited partner or member in various real estate partnerships and limited liability companies which own residential and commercial properties in Washington, Oregon, Texas, Arizona, and California. Realvest and Sonas, and their subsidiaries, also directly own, develop, and operate commercial and residential properties in Washington and Oregon. Sonas provided loans secured by real estate and now owns properties as a result of foreclosures or otherwise receiving the collateral from its non-performing loans.

6. As of the Petition Date, Realvest directly owned and operated two operating properties: the Quantum Building located at 205 E. 11th Street, Vancouver, Washington and Lot 47 Steamboat Landing located in Vancouver, Washington. As of the Petition Date, Sonas directly owned and operated a vacant piece of land in Beaverton, Oregon, a partially

2 - DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS
16243-0015/LEGAL17560263.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

completed condominium project in Portland, Oregon, a RV Storage facility in Eagle Creek, Oregon and a commercial building in Albany, Oregon. Additionally, in an effort to diversify, Realvest has invested in two non-real estate operations. One of these operates a golf retail and instruction business and the other is a startup commercial print manufacturer.

**The Bank Account Motion**

7. Debtors have filed a motion seeking authority for continued use of their existing bank accounts and cash management system, including business forms (the "<u>Bank Account Motion</u>").

8. Before the Petition Date, Debtors maintained, in the ordinary course of their business and as part of an integrated cash management system, numerous bank accounts (collectively, the "<u>Bank Accounts</u>"). A list of the Bank Accounts is attached hereto and to the Bank Account Motion as <u>Exhibit A</u>.

9. Certain of the Bank Accounts belong to Realvest Asset Management LLC, which is not a debtor in these cases, but were incorrectly set up under Realvest's company name and federal identification number. <u>Exhibit B</u> attached hereto and to the Bank Account Motion contains a list of those accounts. Realvest is in the process of correcting these accounts and expects to have this completed by the end of February.

10. Realvest and Sonas seek to continue use of the Bank Accounts set forth on <u>Exhibit C</u> attached hereto and to the Bank Account Motion. Five of the Bank Accounts on <u>Exhibit C</u> are with U.S. Bank, Sterling Savings Bank. I understand that each of those banks is identified as an authorized depository on the "United States Trustee's List of Authorized Depositories for Bankruptcy Cases Filed in the Western District of Washington (as of November 3, 2009)." The remaining Bank Accounts on <u>Exhibit C</u> are with banks that are not currently approved depository institutions. Realvest is in the process of closing those

3 - DECLARATION OF DAVID FUHRER IN
SUPPORT OF BANK ACCOUNT MOTION AND
OTHER PLEADINGS
16243-0015/LEGAL17560263.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

accounts and opening accounts new accounts at U.S. Bank. Realvest anticipates that such process will be completed by March 10, 2010. Realvest anticipates that it will be able to consolidate many of these accounts and that ultimately it will have approximately 9 accounts.

11. All of the bank accounts are and will be located in the United States and are or will be in apparently financially stable banking institutions which are insured by the Federal Deposit Insurance Corporation, Federal Savings and Loan Insurance Corporation, or other appropriate government-guaranteed deposit protection insurance provider, up to applicable limits per account.

12. Debtors use the Bank Accounts to, among other things, manage cash receipts and disbursements for all of Debtors' day-to-day business operations, often on a project-by-project basis. Debtors routinely deposit, withdraw, and otherwise transfer funds to, from, and among the Bank Accounts by various methods including electronic funds transfers. In addition, Debtors generate numerous checks per month from the Bank Accounts in payment of their accounts payable.

13. Debtors have been informed that upon the filing of a petition for relief under chapter 11 of the Bankruptcy Code, debtors may be required to close existing bank accounts and to open new debtor in possession accounts, discontinue use of existing business forms and stationery and use new check forms and new business forms, new stationery, all marked to show that the debtor is operating as a debtor in possession.

14. In light of Debtors' limited operating funds, an abrupt and wholesale change in Debtors' forms and checks would be harmful to Debtors and their operations. Debtors believe that all parties in interest, including Debtors' vendors, customers and creditors will be best served by Debtors preserving business continuity and avoiding the significant

4 - DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS
16243-0015/LEGAL17560263.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

disruption and delay to Debtors' daily business operations that would necessarily result from closing the Bank Accounts and opening new accounts.

15. Similarly, the cost and delay inherent in identifying, collecting, discarding, redesigning and replacing all existing forms, checks, and stationery would seriously disrupt Debtors' day to day business operations and create unnecessary cost and expense. Such a project imposed across Debtors' businesses and their numerous ongoing projects would divert limited employee and management time from the reorganization effort, distract normal business operations and generate substantial costs with little or no corresponding benefit. Such obligations would also seriously disrupt the normal flow of internal and external communications on which all businesses rely.

16. The smooth transition from prepetition operations into postpetition operations will depend greatly upon the steadiness of Debtors' daily banking, accounting and business practices. Authorization to continue using a limited number of existing accounts and their existing forms, stationery, and checks is an essential component of this stability.

17. Debtors also have filed a motion requesting that the Bank Account Motion be heard on shortened time and requesting that notice of the Bank Account Motion be limited. Due to Debtors' limited operating funds and the potential disruption of their businesses resulting from being required to close existing bank accounts and reopen new ones, Debtors believe it is in their best interests, and the interests of their creditors, for the Bank Account Motion to be heard at the Court's earliest convenience.

**Retention of Perkins Coie LLP**

18. Debtors seek authority to employ Perkins Coie LLP ("Perkins Coie") as their counsel in these Chapter 11 cases on an hourly basis and on terms set forth in the engagement agreement attached to the application.

5 - DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS
16243-0015/LEGAL17560263.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

19. Perkins Coie has been requested to render the following services to Debtors:

(a) to take all actions necessary to protect and preserve Debtors' bankruptcy estates, including the prosecution of actions on Debtors' behalf, the defense of any actions commenced against Debtors, negotiations concerning all litigation in which Debtors are involved, objections to claims filed against Debtors in these bankruptcy cases, and the compromise or settlement of claims;

(b) to prepare the necessary applications, motions, memoranda, responses, complaints, answers, orders, notices, reports, and other papers required from Debtors as debtors and debtor in possession in connection with administration of these cases;

(c) to negotiate with creditors concerning a plan of reorganization, to prepare the plan of reorganization, disclosure statement and related documents, and to take the steps necessary to confirm and implement the plan of reorganization, including, if needed, negotiations for financing the plan;

(d) to represent Debtors in all other aspects of this Chapter 11 case; and

(e) to provide such other legal advice or services as may be required in connection with these Chapter 11 cases or the general operation and management of Debtors' businesses.

20. Debtors have selected Perkins Coie for the following reasons:

(a) Perkins Coie has substantial experience and expertise in the field of debtors' and creditors' rights, insolvency law, and bankruptcy.

(b) Perkins Coie has additional experience and expertise in matters involving finance, securities law, taxation, real estate law, commercial transactions,

6 - DECLARATION OF DAVID FUHRER IN SUPPORT OF BANK ACCOUNT MOTION AND OTHER PLEADINGS

16243-0015/LEGAL17560263.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

and commercial litigation. Perkins Coie has the resources necessary for the quick and efficient prosecution of these cases.

(c) Perkins Coie has advised Debtors in connection with Debtors' restructuring efforts. As a result, Perkins Coie is familiar with Debtors' legal affairs and current bankruptcy strategy. Substitution of new counsel at this time would entail needless delay and expense.

(d) Debtors have confidence in Perkins Coie and believe that Perkins Coie is well-qualified to represent the bankruptcy estate in these Chapter 11 cases.

**Monthly Payment Motion**

21. Debtors have requested authority to pay professionals and, if an official committee of unsecured creditors (the "Committee") is appointed, the expenses of committee members on a monthly basis under specified procedures.

22. Debtors believe that paying their professionals, and those of any Committee and the expenses of members of the committee, on a monthly basis would allow Debtors and other parties in interest to focus more clearly on the efficient use of professional services. It also would provide the Court and the parties with a more accurate picture of Debtors's financial condition at a given time in this Chapter 11 case.

Executed this 27th day of January, 2010 in Vancouver, Washington

      /s/ David Fuhrer
      David Fuhrer

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

# EXHIBIT A - ALL BANK ACCOUNTS

| Account Name | Acct # | Bank |
|---|---|---|
| Realvest Corp-Marketing Division | 6500003296 | First Independent Bank |
| Realvest Corp-Marketing Division | 153562507225 | US Bank |
| Realvest Corporation | 153604928066 | US Bank |
| Realvest Corp-PMSI Retro Acct | 21504428 | Umpqua Bank |
| Realvest Corp-General Acct | 21045079 | Umpqua Bank |
| Realvest Corporation | 21701008 | Umpqua Bank |
| Realvest Corporation | 1010503456 | Riverview Community Bank |
| Realvest Corporation | 41003518 | Pacific Continental Bank |
| Realvest Corporation | 59992440693 | Sterling Savings Bank |
| Realvest Corporation | 3501228 | Regents Bank |
| Realvest Corporation | 3500808 | Regents Bank |
| Realvest Corp-Airplane Acct | 6500003239 | First Independent Bank |
| Realvest Corporation | 100007672 | First Independent Bank |
| Realvest Corporation | 6500006315 | First Independent Bank |
| Realvest Corporation | 6500006323 | First Independent Bank |
| Realvest Corp-Field Emp Savings Benefit | 100007714 | First Independent Bank |
| Realvest Corp-Amended & Restated Savgs | 100007698 | First Independent Bank |
| Sonas Capital Group, LLC | 59991363581 | Sterling Savings Bank |
| Realvest Corp-Petty Cash | 10004935 | Umpqua Bank |
| Realvest Corp-Community Fund | 972004758 | Umpqua Bank |
| Realvest Corp-Real Health Supplies | 10009686 | Umpqua Bank |
| Realvest Corp--Student Loan | 59993508597 | Sterling Savings Bank |

| Name | Account # | | |
|---|---|---|---|
| **First Independent** | | | |
| Realvest Corporation--Heatherwood Apartments Client Trust Acct. | 101100237 | Security Deposit | Realvest Asset Mgmt |
| Realvest Corporation--Heatherwood Apartments Client Trust Acct. | 100005163 | Operating | Realvest Asset Mgmt |
| Realvest Corporation--Steamboat Landing Client Trust Acct. | 101100419 | Security Deposit | Realvest Asset Mgmt |
| Realvest Corporation--Steamboat Landing Client Trust Acct. | 101100500 | Operating | Realvest Asset Mgmt |
| Realvest Corporation--Village Inn Apts-Client Trust Acct. | 108123034 | MM | Realvest Asset Mgmt |
| Realvest Corporation--Village Inn Apts-Client Trust Acct. | 101100450 | Security Deposit | Realvest Asset Mgmt |
| Realvest Corporation--dba Broadway Bldg Client Trust Acct | 101100518 | Operating | Realvest Asset Mgmt |
| Realvest Corporation--dba Realvest Property Management | 101100575 | Operating | Realvest Asset Mgmt |
| Realvest Corporation--RV Project Management | 6500000920 | Operating | Realvest Asset Mgmt |
| Realvest Corporation--Flexible Spending Acct | 102114385 | | Realvest Asset Mgmt |

EXHIBIT B
NON-REALVEST CORPORATION BANK ACCOUNTS

| Name | Account # | |
|---|---:|---|
| **First Independent** | | |
| Realvest Corporation--Heatherwood Apartments Client Trust Acct. | 101100237 | Security Deposit |
| Realvest Corporation--Heatherwood Apartments Client Trust Acct. | 100005163 | Operating |
| Realvest Corporation--Steamboat Landing Client Trust Acct. | 101100419 | Security Deposit |
| Realvest Corporation--Steamboat Landing Client Trust Acct. | 101100500 | Operating |
| Realvest Corporation--Village Inn Apts-Client Trust Acct. | 108123034 | MM |
| Realvest Corporation--Village Inn Apts-Client Trust Acct. | 101100450 | Security Deposit |
| Realvest Corporation--dba Broadway Bldg Client Trust Acct | 101100518 | Operating |
| Realvest Corporation--dba Realvest Property Management | 101100575 | Operating |
| Realvest Corporation--RV Project Management | 6500000920 | Operating |
| Realvest Corporation--Flexible Spending Acct | 102114385 | |
| | | |
| **Umpqua Bank** | | |
| Realvest Corporation MainPlace | 21515309 | MM |
| Realvest Corporation Village Inn Motel Client Trust Acct. | 21042100 | Operating |
| Realvest Corporation Village Inn Apartments Client Trust Acct. | 21042118 | Operating |
| | | |
| **Sterling Savings Bank** | | |
| Realvest Corporation--dba Village Inn Apts | 59993509116 | MM |
| Realvest Corporation--dba Village Inn Motel | 59993509124 | MM |
| | | |
| **US Bank** | | |
| Realvest Corp-Flexible Spending Acct | 153562507217 | |

# EXHIBIT C
# BANK ACCOUNTS TO MAINTAIN OR TRANSFER

| Account Name | Bank | Acct # |
|---|---|---|
| Realvest Corp-Marketing Division | First Independent Bank | 6500003296 |
| Realvest Corp-Marketing Division | US Bank | 153562507225 |
| Realvest Corporation | US Bank | 153604928066 |
| Realvest Corp-PMSI Retro Acct | Umpqua Bank | 21504428 |
| Realvest Corp-General Acct | Umpqua Bank | 21045079 |
| Realvest Corporation | Umpqua Bank | 21701008 |
| Realvest Corporation | Riverview Community Bank | 1010503456 |
| Realvest Corporation | Pacific Continental Bank | 41003518 |
| Realvest Corporation | Sterling Bank | 59992440693 |
| Realvest Corporation | Regents Bank | 3501228 |
| Realvest Corporation | Regents Bank | 3500808 |
| Realvest Corp-Airplane Acct | First Independent Bank | 6500003239 |
| Realvest Corporation | First Independent Bank | 100007672 |
| Realvest Corporation | First Independent Bank | 6500006315 |
| Realvest Corporation | First Independent Bank | 6500006323 |
| Realvest Corp-Field Emp Savings Benefit | First Independent Bank | 100007714 |
| Realvest Corp-Amended & Restated Savgs | First Independent Bank | 100007698 |
| Sonas Capital Group, LLC | Sterling Savings Bank | 59991363581 |
| Realvest Corp-Petty Cash | Umpqua Bank | 10004935 |
| Realvest Corp-Community Fund | Umpqua Bank | 972004758 |
| Realvest Corp-Real Health Supplies | Umpqua Bank | 10009686 |
| Realvest Corp--Student Loan | Sterling Savings Bank | 59993508597 |